UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARGARET C. HAMILTON,

    Plaintiff,

v.

    Case No. 1:22-cv-1089

    HON. JANE M. BECKERING

SAM RENTAL LLC and
WILLIAM H. NOUD, JR.,

    Defendants.
_____/

## ORDER OF DISMISSAL

This Court having sent to Plaintiff a Notice of Impending Dismissal (ECF No. 4) and having heard no response:

NOW THEREFORE, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this matter is hereby **DISMISSED** without prejudice.

    **IT IS SO ORDERED**.

Dated: February 28, 2023             /s/ Jane M. Beckering
                                                                     JANE M. BECKERING
                                                                     United States District Judge